## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS A. AKINS, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-337 Erie |
| PAUL J. STOWITSKY, et al., | ) |
| Respondents. | ) |

### MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on November 14, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 42], filed on November 30, 2006, recommended that Petitioner's Petition be dismissed and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondents. Petitioner filed objections on December 13, 2006 [Doc. No. 44]. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 14th day of December, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DISMISSED and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 42] of Magistrate Judge Baxter, filed on November 30, 2006, is adopted as the opinion of the Court.

                         s/ Sean J. McLaughlin
                         United States District Judge

cm:     All parties of record
         Susan Paradise Baxter, U.S. Magistrate Judge