**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DOUGLAS A. AKINS, | ) |
| Petitioner, | ) |
| | ) Civil Action No. 05-337 Erie |
| v. | ) |
| PAUL J. STOWITSKY, et al., | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

AND NOW, this 18th day of December, 2006, and upon review, *nunc pro tunc,* of Plaintiff's untimely filed Supplement to his objections [Doc. No. 46] to Magistrate Judge Susan Paradise Baxter's report and recommendation dated November 30, 2006 [Doc. No. 42], recommending that Plaintiff's Petition be dismissed and that a certificate of appealability be denied, the following order is entered:

IT IS HEREBY ORDERED the Plaintiff's Petition for Writ of Habeas Corpus is DISMISSED and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 42] of Magistrate Judge Baxter, filed on November 30, 2006, is adopted as the opinion of the Court.

                                  s/   Sean J. McLaughlin
                                         United States District Judge

cm:     All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge